Christine A. Pham SBN 227033
Mari K. Zang SBN 258578
Legal Helpers, P.C.
564 Market Street, Suite 300
San Francisco, CA 94104
CPH@LegalHelpers.com
Fx: 415-986-4447

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CASE NO. 09-12365 |
| ) | |
| ARTHUR G. DE VOS and ) | CHAPTER 13 |
| LINDA DE VOS, ) | |
| ) | **AMENDED** |
| ) | **NOTICE AND OPPORTUNITY TO** |
| ) | **OBJECT TO MOTION TO** |
| DEBTORS. ) | **DETERMINE VALUE OF CLAIM** |
| ) | **SECURED BY LIEN ON PROPERTY** |
| ) | **AND FOR ORDER AVOIDING LIEN** |
| ) | **(BAC HOME LOANS SERVICING** |
| ) | **FKA COUNTRYWIDE HOME** |
| ) | **LENDING)** |
| _____ ) | |

Debtors, Arthur G. De Vos and Linda De Vos, by and through their attorney, Christine A. Pham, have filed a Motion to Determine Value of Claim Secured by Lien on Property and for Order Avoiding Lien (BAC Home Loans Servicing FKA Countrywide Home Lending) pursuant to FRBP 3012 and 11 USC §506.

**NOTICE IS HEREBY GIVEN** that Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within **20** days of mailing of this notice; That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or

1

requesting wishes to present in support of its position; That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and That the initiating party will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/12/09                                                                                    Legal Helpers, P.C.


   /s/Christine A. Pham
    Christine A. Pham
  Attorney for the Debtors